**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
Lauren E. Anderson (SBN 329173)
*landerson@clarksonlawfirm.com*
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

**MOON LAW APC**
Christopher D. Moon (SBN 246622)
*chris@moonlawapc.com*
Kevin O. Moon (SBN 246792)
*kevin@moonlawapc.com*
228 Hamilton Ave., 3rd Fl
Palo Alto, California 94301
Tel: (619) 915-9432
Fax: (650) 618-0478

*Attorneys for Plaintiff*

**DIEPENBROCK ELKIN**
**DAUER McCANDLESS LLP**
EILEEN M. DIEPENBROCK (SBN 119254)
*ediepenbrock@diepenbrock.com*
JENNIFER L. DAUER (SBN 179262)
*jdauer@diepenbrock.com*
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 492-5000; Facsimile: (916) 446-2640

*Attorneys for Sunshine Makers, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNSHINE MAKERS, INC., a California Corporation<br><br>Defendant. | Case No. 4:20-cv-03242-PJH<br><br>Complaint Filed: May 12, 2020<br>Amended Complaint Filed: Sept. 11, 2020<br><br>*Assigned to the Hon. Phyllis J. Hamilton, United States District Court Judge*<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the Court's order entered February 9, 2021 [ECF 31], Plaintiff Michelle Moran ("Plaintiff") and Defendant Sunshine Makers, Inc. ("Defendant") hereby give notice that the parties have entered into an agreement that provides for the settlement of all claims asserted in this action. Plaintiff anticipates the motion for preliminary approval of the proposed class action settlement will be filed in the related action entitled *O'Brien, et al. v. Sunshine Makers, Inc.* (Case No. CIVSB2027994), pending in the Superior Court of the State of California, County of San Bernardino. Currently, the soonest available hearing date for said motion has been reserved for May 17, 2021.

Dated: March 16, 2021

**CLARKSON LAW FIRM, P.C.**

*/s/ Katherine A. Bruce*
Ryan J. Clarkson
Shireen M. Clarkson
Katherine A. Bruce
Lauren E. Anderson

**MOON LAW APC**
Christopher D. Moon
Kevin O. Moon

*Attorneys for Plaintiff*

Dated: March 16, 2021

**DIEPENBROCK ELKIN DAUER MCCANDLESS LLP**

*/s/ Jennifer L. Dauer*
Eileen M. Diepenbrock, Esq.
Jennifer L. Dauer, Esq.

*Attorneys for Defendant*

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Ste 804
Los Angeles, CA 90069

## **ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 16, 2021

*/s/ Katherine A. Bruce*
By: Katherine A. Bruce, Esq.

*Attorneys for Plaintiff*